[No. 24137-4-II.   Division Two.   February 4, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. RORY LEE
MICKENS, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz
County, No. 98-1-00843-9, James E. Warme, J., entered
December 8, 1998. *Affirmed* by unpublished opinion per
Morgan, J., concurred in by Armstrong, A.C.J., and Hunt,
J.

[No. 42151-4-I.   Division One.   February 7, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. ALBERT J.
CLEMONTS, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 97-1-07107-7, Patricia H. Aitken, J., entered
February 8, 1998. *Affirmed* by unpublished per curiam
opinion.

[No. 42538-2-I.   Division One.   February 7, 2000.]

RICHARD M. BRUNHAVER, ET AL., *Respondents*, v. JOHN
ROCHE, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King
County, No. 96-2-20375-1, George A. Finkle, J., entered
March 27, 1998. *Affirmed* by unpublished opinion per Web-
ster, J., concurred in by Kennedy, C.J., and Becker, J.

[No. 42902-7-I.   Division One.   February 7, 2000.]

*In the Matter of the Personal Restraint of* ROBERT E.
DOOLIN, *Petitioner.*

Petition for relief from personal restraint. *Denied* by un-
published opinion per Appelwick, J., concurred in by Grosse
and Becker, JJ.